UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON DECESARE,            )<br>                            )<br>        Plaintiff,          )<br>                            )<br>vs.                         )<br>                            )<br>GREENLIGHT LLC,             )<br>                            )<br>        Defendant.          )<br>                            )<br>                            ) | Civil Action No. 1:17-cv-09548 |

**ANSWER TO COMPLAINT**
**and**
**DEMAND FOR JURY TRIAL**

Defendant, GREENLIGHT LLC ("Greenlight"), through its undersigned counsel, hereby responds to the Complaint [ECF 1] filed by Plaintiff JASON DECESARE ("DeCesare"), in paragraphs headed, labeled, and numbered to correspond to the allegations of the Complaint.

**JURISDICTION AND VENUE**

1. Greenlight admits that this is an action for copyright infringement concerning a photograph claimed by DeCesare but denies that DeCesare is entitled to any relief under the Copyright Act.

2. Greenlight admits the allegations in paragraph 2 of the Complaint.

3. Greenlight admits the allegations in paragraph 3 of the Complaint.

4. Greenlight denies the allegations in paragraph 4 of the Complaint.

**PARTIES**

5. Greenlight lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 5 of the Complaint and therefore denies them.

6. Greenlight admits that it is an Indiana limited liability company with its principal place of business at 5855 W. 74th Street, Indianapolis, Indiana 46278. Greenlight created a limited addition New York City police toy car (the "toy").

## STATEMENT OF FACTS

7. Greenlight lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 7 of the Complaint and therefore denies them.

8. Greenlight lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 8 of the Complaint and therefore denies them.

9. Greenlight lacks knowledge or information sufficient to admit or deny the allegations of Paragraph 9 of the Complaint and therefore denies them.

10. Greenlight denies the allegations of Paragraph 10 of the Complaint.

11. Greenlight admits that it did not license the alleged Photograph from Plaintiff but denies that it required the consent of Plaintiff to create the Toy or to put a photograph on the packaging of the Toy.

12. Greenlight admits that it distributed the Toy to certain customers but otherwise denies the allegations of Paragraph 12 of the Complaint.

## CLAIM FOR RELIEF
### (COPYRIGHT INFRINGEMENT AGAINST GREENLIGHT)
### (17 U.S.C. §§ 106, 501)

13. Greenlight incorporates by reference its answers to the allegations set forth in the preceding paragraphs of the Complaint.

14. Greenlight denies the allegations of Paragraph 14 of the Complaint.

15. Greenlight denies the allegations of Paragraph 15 of the Complaint.

16. Greenlight denies the allegations of Paragraph 16 of the Complaint.

17. Greenlight denies the allegations of Paragraph 17 of the Complaint.

## DECESARE'S PRAYER FOR RELIEF

1. Greenlight denies that DeCesare is entitled to the relief he seeks in this prayer.

2. Greenlight denies that DeCesare is entitled to the relief he seeks in this prayer.

3. Greenlight denies that DeCesare is entitled to the relief he seeks in this prayer.

4. Greenlight denies that DeCesare is entitled to the relief he seeks in this prayer.

5. Greenlight denies that DeCesare is entitled to the relief he seeks in this prayer.

## AFFIRMATIVE DEFENSES

Greenlight asserts the following affirmative defenses in response to the Complaint. Greenlight asserts these defenses based upon an investigation that is not complete and without the benefit of complete discovery from DeCesare. Greenlight's investigation of its defenses is continuing. Greenlight reserves all affirmative and other defenses under Rule 8(c) of the Federal Rules of Civil Procedure, the copyright laws of the United States, the laws of the state of New York, and any other defenses at law or in equity that may now exist or in the future be available based upon discovery and further investigation:

### FIRST DEFENSE

1. Upon information and belief, DeCesare lacks standing or capacity to sue concerning the claims advanced.

### SECOND DEFENSE

2. The Complaint fails to state a claim upon which relief may be granted.

### THIRD DEFENSE

3. DeCesare's claims are barred in whole or in part by the doctrines of laches and waiver.

### FORTH DEFENSE

4. DeCesare's claims are barred in whole or in part by the doctrine of estoppel.

### FIFTH DEFENSE

5. DeCesare's claims are barred by application of the doctrine of acquiescence.

### SIXTH DEFENSE

6. DeCesare's claims are barred by license granted to Greenlight.

### SEVENTH DEFENSE

7. DeCesare's claims are limited by failure to mitigate his damages, if any he has.

### EIGHTH DEFENSE

8. The Complaint is barred in part or in whole by the applicable statutes of limitations.

## NINTH DEFENSE

9. DeCesare's claims are barred by application of the doctrine of unclean hands.

## TENTH DEFENSE

10. Greenlight used the work in good faith as a fair use.

## ELEVENTH DEFENSE

11. DeCesare's claims are barred by consent to use the work.

## TWELFTH DEFENSE

12. The Complaint fails to demonstrate the inadequacy of legal relief.

## THIRTEENTH DEFENSE

13. The Complaint fails to demonstrate a likelihood of irreparable harm.

## FOURTEENTH DEFENSE

14. Greenlight expressly reserves the right to assert additional defenses as they become known through further investigation and/or discovery.

## PRAYER FOR RELIEF

WHEREFORE, Greenlight prays that:

1. Plaintiff take nothing by reason of his Complaint, the Complaint be dismissed with prejudice and that judgment be entered in favor of Greenlight;

2. Greenlight be awarded the costs of their suit incurred in defense of this action;

3. Greenlight be awarded attorneys' fees pursuant to 17 U.S.C. § 505 and any other applicable authority; and

4. Greenlight be awarded such other and further relief as the Court deems just and proper.

## DEMAND FOR JURY TRIAL

Greenlight hereby demands a trial by jury under Fed. R. Civ. P. 38(b) on all issues so triable.

Date: January 19, 2018

                                      **GAUNTLETT & ASSOCIATES**

                                      By:  /s/ Lidia D. Sykisz
                                      Lidia D. Sykisz, Esq.
                                      18400 Von Karman, Suite 300
                                      Irvine, California 92612
                                      Telephone: (949) 553-1010
                                      Facsimile:  (949) 553-2050
                                      info@gauntlettlaw.com
                                      lds@gauntlettlaw.com

    Attorneys for Defendant
     GREENLIGHT LLC

## CERTIFICATE OF SERVICE

**I hereby certify** that on January 19, 2018, I electronically filed the foregoing document with the Clerk of this Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive Notices of Electronic Filing.

/s/ Lidia D. Sykisz
Lidia D. Sykisz, Esq.
18400 Von Karman, Suite 300
Irvine, California 92612
Telephone: (949) 553-1010
Facsimile: (949) 553-2050
info@gauntlettlaw.com
lds@gauntlettlaw.com

Attorneys for Defendant
GREENLIGHT LLC