

May 1, 2020

Honorable Edgardo Ramos
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Re: *DeCesare v. GreenLight LLC (1:17-cv-9548-ER)*

Dear Judge Ramos,

We represent Plaintiff, Jason DeCesare, in the above in-captioned case, and submit this letter on behalf of Plaintiff and Defendant GreenLight, LLC in response to the Court's April 7, 2020 Order directing the parties to file a status report by May 1, 2020 (Docket #11)

*Plaintiff's Position:*

Plaintiff respectfully requests the Court to enter the attached case management plan so the parties can start discovery. No discovery as taken place as of yet, however the parties have been discussing settlement.

The Court's consideration is much appreciated.

*Defendant's Position:*

Defendant Greenlight, LLC does not believe it is reasonably possible to agree at this time to a relatively short discovery schedule and it has had less than a day to respond to plaintiff's proposed schedule. There has been no discussion and no proposal for a discovery plan before plaintiff's counsel emailed a draft at 10:59 P.M. (local time) to defendant's counsel.

The defendant believes it will be difficult to complete fact and then expert discovery promptly because of the widespread Covid 19 lockdown. Not only is the Court not presently open and available to deal with any discovery dispute that may arise, but the defendant business is not open and able to easily respond to written discovery requests, defendant's counsel is required to work from home, and conducting depositions is extremely problematic. It is unreasonable to adopt a discovery plan that does not take these present circumstances into account.

The defendant believes that a reasonable Discovery Plan cannot be immediately provided but that, instead, counsel for the parties should meet and confer about it further after determining when limitations on court, attorney, and business operations can reasonably be ended.





        Respectfully submitted,

        /s/Richard Liebowitz
        Richard P. Liebowitz

        *Counsel for Plaintiff Jason DeCesare*

        /s/James Lowe
        James Lowe

        *Counsel for Defendant Greenlight LLC*