UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON DECESARE,<br><br>       Plaintiff,<br><br>- against -<br><br>GREENLIGHT LLC<br><br>       Defendant. | Docket No. 1:17-cv-09548-ER<br><br>**DECLARATION OF<br>JASON DECESARE** |

  I, JASON DECESARE, hereby swear under the penalty of perjury that the following is true and correct to the best of my personal knowledge:

  1. I am the plaintiff in this action.

  2. I respectfully submit this declaration in opposition to Defendant Greenlight LLC ("Defendant")'s motion for a pre-motion conference to disqualify my attorney of record, James H. Freeman of Liebowitz Law Firm, PLLC ("LLF") as my counsel.

  3. On December 2, 2020, LLF advised me in writing that Mr. Richard Liebowitz had been temporarily suspended from the practice of law in this District and that Mr. Freeman would be serving as counsel in Mr. Liebowitz's stead.

  4. Mr. Freeman is authorized to appear on my behalf as my attorney in this case. My retainer agreement with LLF, dated November 13, 2017, provides that LLF's associate attorneys may provide legal services on my behalf. Further, I expressly authorize Mr. Freeman to appear on my behalf in this specific case.

5. I have not had any communications with Mr. Liebowitz about this matter since his suspension went into effect.

Dated: February 10, 2021
Philadelphia, PA

                                                  JASON DECESARE