UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| JASON DECESARE<br><br>                Plaintiff,<br><br>- against –<br><br>GREENLIGHT, LLC<br><br>                Defendant. | Case No. 1:17-CV-09548-ER<br><br>**STIPULATION OF DISMISSAL OF CIVIL ACTION WITH PREJUDICE UNDER FRCP 41(a)(1)(A)(ii)** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned counsel for plaintiff Jason Decesare and counsel for defendant Greenlight, LLC that the parties have reached a settlement and that all claims asserted in the above-referenced action are dismissed with prejudice, pursuant to Fed.R.Civ.P. 41(a)(1)(A)(ii), each party to bear its own costs, expenses and attorney's fees.

_____
James H. Freeman

LIEBOWITZ LAW FIRM, PLLC
11 Sunrise Plaza, Suite 305
Valley Stream, New York 11580
Telephone: (516) 233-1660
JF@LiebowitzLawFirm.com

Dated: March 15, 2021

*Attorneys for Plaintiff
Jason Decesare*

_____
James A. Lowe

GAUNTLETT & ASSOCIATES
18400 Von Karman, Suite 300
Irvine, CA 92612
Telephone: (949) 553-1010
info@gauntlettlaw.com

Dated: March 15, 2021

*Attorneys for Defendant
Greenlight, LLC*

**SO ORDERED:**

_____
Hon. Edgardo Ramos (U.S.D.J.)

7